**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

MAURICE LATTIMORE,

*Plaintiff*,

vs.

EQUIFAX INFORMATION SERVICES, LLC,

*Defendant*.

Case No. 1:26-cv-474

Judge Jeffery P. Hopkins

## CONDITIONAL ORDER OF DISMISSAL

The Court has been advised by the parties that this case has settled. *See* Doc. 10.

It is therefore **ORDERED** that this action is hereby **DISMISSED with prejudice**, provided that any of the parties may, upon good cause shown within **thirty (30) days**, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

September 17, 2026

Jeffery P. Hopkins
United States District Judge